Cite as 2020 Ark. 361
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered:** October 29, 2020 |

**PER CURIAM**

Kenya Davenport, Esq., of Little Rock, Suzanne Penn, Esq., of Little Rock, Douglas M. Carson, Esq., of Fort Smith, and William J. Stanley, Esq., of Jonesboro are appointed to the Civil Practice Committee for three-year terms to expire on July 31, 2023. The court thanks these attorneys for their willingness to serve on this important committee.